UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Oscar Arteaga
    Plaintiff

v.                                                     C.A. No. 10-171S

John Potter
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on January 28, 2011, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant's objection to the Report and Recommendation is DENIED. Defendant's Motion to Dismiss is DENIED.

ENTER:

/s/ William E. Smith
_____
William E. Smith
United States District Judge

Date: 3/25/11